THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN AXE AND TOOL COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

Reported below, 82 Hun, 313.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 11, 1894, which affirmed, on certiorari, a determination of the comptroller of the state of New York, made upon an application to revise the account for taxes against the relator. under chapter 542, Laws of 1880.

*Frederic G. Dow* for appellant.

*T. E. Hancock, Attorney-General,* for respondent.

Order affirmed, with costs; no opinion.
All concur.